UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILINE FORESTE, *on behalf of herself, FLSA Collective Plaintiffs and the Class,* | |
| Plaintiff, | Case No.: 1:24-cv-01089 |
| v. | |
| KARP SCARSDALE, LLC d/b/a THE AMBASSADOR OF SCARSDALE, and AMBA SHARMA, | **[PROPOSED]** **RULE 68 JUDGMENT** |
| Defendants. | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KARP SCARSDALE, LLC d/b/a THE AMBASSADOR OF SCARSDALE, and AMBA SHARMA (collectively "Defendants"), having offered to allow Plaintiff LILINE FORESTE ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual wage claims against Defendants, including those made pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. and New York Labor Law, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 26, 2024 and filed as Exhibit A to Docket Number 37;

**WHEREAS**, on December 27, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 37);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff LILINE FORESTE, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 26, 2024 and filed as Exhibit A to Docket Number 37. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024          _____
          New York, New York                                                            U.S.D.J.